BEFORE THE THIRD DIVISION, APRIL 2, 1964

No. 68404.—Unitron Import Corp. v. United States, protest 61/17848 (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of charcoal briquets similar in all material respects to those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION

MARCH 31, 1964

No. 68405.—Arthur J. Fritz & Co., Inc. v. United States, protest 62/3217

FORD, Judge: The above case was tried in conjunction with, but not consolidated therein, protest 62/3245, decided concurrently with the issuance of this order and reported as *Arthur J. Fritz & Co., Inc.* v. *United States*, 52 Cust. Ct. 61, C.D. 2437.

An examination of the official papers in this matter indicates that the merchandise was invoiced as "Wool Rag Rugs." Said merchandise purports to be identical with that involved in C.D. 2437, *supra*. However, such designation is insufficient to establish the merchandise to be in chief value of wool.

Accordingly, in the interests of justice, this case should be restored to the next calendar of the court to be held at Seattle, Wash., for the purpose of establishing the component material of chief value.

Order will issue accordingly.

MARCH 30, 1964

No. 68406.—National Silver Co. v. United States, protest 61/19141. Protest abandoned February 18, 1964. (Not published.) (Initial No. 321459–K.) Plaintiff's application for rehearing granted.

No. 68407.—Allied Display Materials, Inc. v. United States, protest 63/4019. Protest abandoned February 10, 1964. (Not published.) Plaintiff's application for rehearing granted.